### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DEREK J. BINGHAM,                         )<br>                                                       )<br>            Plaintiff,                          )<br>                                                       )<br>v.                                                   )<br>                                                       )<br>NORTHEAST RURAL SERVICES, INC.,  )<br>and                                                )<br>GRAND TELEPHONE COMPANY, INC., )<br>                                                       )<br>            Defendants.                      ) | Case No. 17-CV-528-GKF-JFJ |

### JUDGMENT OF DISMISSAL

This matter has come before the court and an order dismissing plaintiff's case for lack of subject matter jurisdiction has been entered. Thus, a judgment of dismissal of plaintiff's claims is hereby entered.

DATED this 17th day of April, 2018.

_____
GREGORY K. FRIZZELL, CHIEF JUDGE