# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DEREK J. BINGHAM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 17-CV-528-GKF-JFJ |
| ) | |
| NORTHEAST RURAL SERVICES, INC. ) | |
| and ) | |
| GRAND TELEPHONE COMPANY, INC., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Before the court is the Report and Recommendation [Doc. 39] of United States Magistrate Judge Jodi F. Jayne on review of the Motion for Attorneys' Fees of defendant Northeast Rural Services, Inc. [Doc. 33] and Motion for Attorneys' Fees of defendant Grand Telephone Company, Inc. [Doc. 34]. The Magistrate Judge recommends the motions be granted.

Plaintiff did not object to the Magistrate Judge's Report and Recommendation within the fourteen-day period prescribed by 28 U.S.C. § 636(b) and FED. R. CIV. P. 72(a). Having reviewed the Report and Recommendation, the court concurs with the Magistrate Judge's recommendations, and accepts and adopts it as the order of the court. Defendant Northeast Rural Services, Inc.'s Motion for Attorneys' Fees [Doc. 33] and defendant Grand Telephone Company, Inc.'s Motion for Attorneys' Fees [Doc. 34] are granted.

DATED this 10th day of December, 2018.

*/s/ Gregory K. Frizzell*
GREGORY K. FRIZZELL, CHIEF JUDGE